IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. JOEL C. NKEMAKOLAM, | § § § | |
| *Plaintiff,* | § § | SA-18-CV-01283-ESC |
| vs. | § § § | |
| NORTHSIDE INDEPENDENT SCHOOL DISTRICT, | § § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court is the above-styled cause of action, which settled in mediation. The Court's previous order directed the parties to file their dismissal papers on or before January 28, 2020. The parties have requested an extension of this deadline [#24].

**IT IS THEREFORE ORDERED** that the parties file a stipulation of dismissal on or before **February 11, 2020**.

SIGNED this 28th day of January, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE