IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. JOEL C. NKEMAKOLAM, | § § § | |
| *Plaintiff,* | § § | SA-18-CV-01283-ESC |
| vs. | § § § | |
| NORTHSIDE INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| *Defendant.* | § § | |

## **ORDER**

Before the Court is the above-styled cause of action, which settled in mediation. The Court's previous order directed the parties to file their dismissal papers on or before January 28, 2020. The parties requested an extension of this deadline, which the Court granted, making their dismissal papers due on or before February 11, 2020. On February 11, 2020, the parties filed a Joint Advisory [#26], asking the Court to again extend the deadline until February 25, 2020. The Court will extend the deadline as requested.

**IT IS THEREFORE ORDERED** that the parties file a stipulation of dismissal on or before **February 25, 2020**.

SIGNED this 12th day of February, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE