IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. JOEL C. NKEMAKOLAM, | § | |
| *Plaintiff,* | § | SA-18-CV-01283-ESC |
| vs. | § | |
| NORTHSIDE INDEPENDENT SCHOOL DISTRICT, | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the above-styled cause of action. The record reflects that on February 20, 2020, the parties filed an Agreed Joint Stipulation of Dismissal [#28] as to all of the claims asserted in this lawsuit. Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED WITH PREJUDICE** with each party to bear its own costs of court, fees, and expenses.

**IT IS FURTHER ORDERED** that this case is **CLOSED**.

SIGNED this 21st day of February, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE